# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**VERNIST McCRANEY**                                                                  **PETITIONER**
*ADC #138122*

**vs.**                              **Civil Case No. 5:10CV00293-JLH-JTK**

**RAY HOBBS**
*Director, Arkansas Dept of Correction*                                   **RESPONDENT**

## ORDER

Petitioner has filed a petition for a writ of habeas corpus. (Doc. 1) Petitioner's attorney is directed to serve a copy of the petition (if not already served) and this order on the respondent. Respondent will answer the petition within twenty (20) days after service of the petition and this order.

SO ORDERED this 1st day of October, 2010.

_____
United States Magistrate Judge