**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

VERNIST MCCRANEY                                                              PLAINTIFF
ADC #138122

v.                                          NO. 5:10CV00293 JLH-JTK

RAY HOBBS, Director, Arkansas
Department of Correction                                                     DEFENDANT

## JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED,

ORDERED, and ADJUDGED that the petition for writ of habeas corpus is dismissed with prejudice.

A certificate of appealability is granted on McCraney's claim of ineffective assistance of counsel due

to his trial lawyer's drug addiction.

DATED this 21st day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE